IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ALVIN FAULKNER,

    Plaintiff,

v.                                                                                       Civil Action No. 3:22cv815

HEADQUARTERS OF CORRECTION
SECURITY OPERATION,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on February 23, 2023, the Court directed Plaintiff to pay an initial partial filing fee of $6.35 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*.

Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall issue.

Date: 4-14-2023
Richmond, Virginia

                                                      /s/
                                      M. Hannah Lauck
                                      United States District Judge